UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT JACKSON

v.

WATERBURY POLICE DEPT.
ROBERT F. JONES
LAWRENCE SMITH
TIMOTHY JACKSON
TIMOTHY KLUNTZ

PRISONER
CIVIL NO. 3:02cv1891 (AVC)(TPS)

## J U D G M E N T

This cause came on for consideration on defendant Jones' motion for summary judgment before the Honorable Alfred V. Covello, Chief Judge, United States District Court.

By amended complaint filed December 9, 2002, plaintiff withdrew all claims against defendants Smith, Kluntz and Jackson. On December 19, 2002, the court dismissed all claims against defendant Waterbury Police Department and the false arrest claim. On August 14, 2003, the court filed its ruling granting defendants' motion to dismiss these same claims.

The Court has considered the motion and all the related papers. On February 6, 2003, the Court filed its Ruling on Motion for Summary Judgment granting the motion and directing the Clerk to enter judgment and close this case.

Therefore it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendants and the case is closed.

Dated at Bridgeport, Connecticut this 9th day of February, 2004.

KEVIN F. ROWE, Clerk

By  /s/ Donna P. Thomas
    Donna P. Thomas
    Deputy Clerk

Entered on the Docket _____